

FILED

MAR 1 2 2009

CLERK, U.S. COURT
EASTERN DISTRICT CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )    1:09-mj-00021 DLB
                                   )
                Plaintiff,         )    ORDER TO UNSEAL ARREST WARRANT
        v.                         )    AND CRIMINAL COMPLAINT
                                   )
MANOUN EDDIE MANIVONG,             )
                                   )
                Defendant.         )
                                   )
_____)

    The United States of America has applied to this Court for an
Order permitting it to unseal the Criminal Complaint and Arrest
Warrant in the above-captioned matters.  Upon consideration of
the application and the entire record herein,

    IT IS HEREBY ORDERED that the Criminal Complaint and Arrest
Warrant in the above-entitled proceedings shall be unsealed.

DATED: March 12, 2009      _____
                                GARY S. AUSTIN
                                U.S. Magistrate Judge

1